Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ALBERTO OROZCO-RODRIGUEZ, <br><br> Defendant. | NO. CR12-021 JLR <br><br> ORDER FOR DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant Alberto Orozco-Rodriguez.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to Defendant Alberto Orozco-Rodriguez are dismissed, without prejudice.

//

//

//

*Order of Dismissal* -- 1
*U.S. v. Alberto Orozco-Rodriguez*, CR12-021JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 13th day of September, 2022.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

*Order of Dismissal* -- 2
*U.S. v. Alberto Orozco-Rodriguez*, CR12-021JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970